IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH WALTON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:23-CV-0978-D |
| § | (BT) |
| § | No. 3:95-CR-141-D-1 |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, petitioner's case will be dismissed.

**SO ORDERED**.

November 26, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE